IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TINA ROGERS**                                                                                                           **PLAINTIFF**

**VS.**                                        **4:15-CV-00475-BRW-JTK**

**CAROLYN W. COLVIN,** *Acting Commissioner*
**Social Security Administration**                                                                       **DEFENDANT**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerome T. Kearney. There have been no objections. The Findings and Recommendations are adopted in their entirety as my findings.

Accordingly, judgment will be entered dismissing this complaint with prejudice.

IT IS SO ORDERED this 7th day of December, 2016 (Pearl Harbor Day).


/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE