**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**TINA ROGERS**                                                                              **PLAINTIFF**

**VS.**                               **4:15-CV-00475-BRW-JTK**

**CAROLYN W. COLVIN,** *Acting Commissioner*
**Social Security Administration**                                             **DEFENDANT**

## **JUDGMENT**

Based on the order entered today, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 7th day of December, 2016 (Pearl Harbor Day).

                                                            /s/ Billy Roy Wilson
                                                 UNITED STATES DISTRICT JUDGE